WILLIAM L. PAGE, PLAINTIFF IN ERROR, VS. SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY, A CORPORATION UNDER THE LAWS OF NEW YORK, DEFENDANT IN ERROR.

Appellate Practice—Affirmance on request of Plaintiff in Error.
Where a Plaintiff in Error files in the appellate court a written confession that there is no error in the judgment from which his Writ of Error is taken, including therein a request that said judgment may be affirmed, the appellate court will grant such request and affirm the judgment.

Writ of Error to the Circuit Court for Duval County.

*M. C. Jordan & John Wallace* for Plaintiff in Error.

*John E. Hartridge* for Defendant in Error.

PER CURIAM:

This cause coming on for final disposition upon writ of error, and the plaintiff in error in writing having requested the court to affirm the judgment of the court below, confessing that there is no error in the said judgment, it is, therefore, hereby adjudged that the judgment of the Circuit Court in said cause be and the same

is hereby affirmed at the cost of the plaintiff in error.